IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 4:15CR3038 - 1 |
| Plaintiff, ) | |
| -vs- ) | **O R D E R** |
| Albert Schoemthal, ) | |
| Defendant. ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Toni M. Leija-Wilson, as a Criminal Justice Act Training Panel Member, to assist in the defense of Albert Schoemthal.

Accordingly, pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Toni M. Leija-Wilson is hereby assigned to assist AFPD Jessica L. Milburn in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Toni Wilson shall not be eligible to receive compensation for her services in this case.

AFPD Jessica L. Milburn shall continue to be primary counsel on behalf of the Defendant, Albert Schoemthal.

Dated: 4/29/2015

BY THE COURT:

s/ Cheryl R. Zwart
_____
United States Magistrate Judge