IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>ALBERT SCHOENTHAL,<br><br>    Defendants. | 4:15CR3038<br><br>ORDER |

1) By no later than 8:00 a.m. on June 23, 2015, the Marshall shall release the defendant to the Federal Public Defender or one of its staff members for transport to residential treatment at the Veterans Hospital in Grand Island, Nebraska.

2) The defendant shall comply with all terms of the order setting defendant's conditions of release which was entered on . (See filing no. 40).

June 22, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge