IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | 4:15CR3038 |
| vs. | |
| ALBERT SCHOENTHAL, | ORDER |
| Defendant. | |

The defendant was previously released on conditions, but violated the terms of that release by being unsuccessful discharged from a treatment facility and using alcohol. Based on the evidence presented, the court finds the defendant cannot be trusted to comply with the conditions of pretrial supervision and, as such, defendant's release would pose a risk of harm to the community and a risk of flight.

Accordingly,

IT IS ORDERED:

The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States marshal for a court appearance.

September 4, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge